**ROBINS KAPLAN LLP**
Howard J. Weg, Bar No. 91057
hweg@robinskaplan.com
Jennifer W. Leland, Bar No. 185951
jleland@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Appellants
JAMES SEIBEL and BILL JOHNSON

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>INFERNO DISTRIBUTION, LLC,<br><br>  Debtor.<br><br>In Re:<br><br>INFERNO INTERNATIONAL, LLC,<br><br>  Debtor.<br><br>*and*<br><br>In Re:<br><br>THE GRAY FILM HOLDINGS, LLC<br><br>  Debtor. | CV 15-1746 JFW<br><br>Bankruptcy Court Case No. 2:12-bk-39145-BR<br><br>Chapter 7<br><br>Jointly Administered with Bankruptcy Court Case Nos. 2:12-bk-39146-BR and 2:13-bk-17376-BR |
| WILLIAM JOHNSON and JAMES SEIBEL,<br><br>  Appellants<br><br>  v.<br><br>CINEZETA INTERNATIONALE FILMPRODUKTIONSGESELLSCHAFT MBH & CO. 1 BETEILIGUNGS KG,<br><br>  Appellee. | Case No. 2:15-cv-01746-JFW<br><br>**ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL** |

61025856.1

Having considered the Stipulation for Voluntary Dismissal of Appeal,

**IT IS HEREBY ORDERED THAT**

1. The Stipulation is approved;
2. The above-captioned appeal is dismissed.

Dated: _May 1, 2015_____        By_____
HON. JOHN F. WALTER
United States District Judge

61025856.1                                - 1 -